[Civ. No. 3419.    Second Appellate District, Division Two.—December 24, 1920.]

GEORGE W. WOOD et al., Petitioners, v. THE BOARD OF FIRE COMMISSIONERS OF THE CITY OF LOS ANGELES, Respondent.

[1] PROHIBITION—DENIAL OF APPLICATION BY SUPERIOR COURT—EXERCISE OF ORIGINAL JURISDICTION BY APPELLATE COURT.—The district court of appeal will not exercise original jurisdiction to grant a writ of prohibition where it is alleged in the application that a similar application was made to the superior court and denied, and that judgment had not become final at the time of the institution of the proceeding in the district court of appeal.

APPLICATION for a Writ of Prohibition.    Writ denied.

The facts are stated in the opinion of the court.

A. J. Morganstern for Petitioners.

Charles S. Burnell, City Attorney, and William P. Mealey for Respondent.

WELLER, J.—This is an original proceeding for a writ of prohibition against the board of fire commissioners of the city of Los Angeles.    On the filing of the petition an alternative writ issued.

[1] It is alleged in the application that a similar application was made to the superior court and denied, on the nineteenth day of August, 1920, the judgment not having become final at the time of instituting the proceeding here. Under the circumstances there existed a right of appeal from the judgment of the superior court; and this court will not exercise original jurisdiction when an appeal lies.    (*In re Burt*, 17 Cal. App. 309, [119 Pac. 674].)

Writ denied.

Finlayson, P. J., and Thomas, J., concurred.